Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 17 PM 1:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

Lucencia Piamonte, an individual;
Jose Piamonte an individual

vs

Naval Medical Center San Diego;
United States of America and Does
1-200.

**SUMMONS IN A CIVIL ACTION**

Case No.

**'07 CV 2352 L RBB**

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Amy J. Wallace, Esq (SBN 110100)
Law Offices of Amy J. Wallace
3131 Camino Del Rio North, Suite 380
San Diego, CA 92108

   An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.         12/17/07
CLERK                           DATE

By  J. Hi_____ , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)