

```
FILED
2/13/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                      DEPUTY
```

**Piaminte, et al.**                                                                 **07cv2352-L (RBB)**

**-v-**

**Naval Medical Center San Diego, et al.**

# STRICKEN DOCUMENT

**3-Summons Returned Executed**

**3**