```
┌─────────────────┐
│     FILED       │
│  ┌───────────┐  │
│  │ 2/13/2008 │  │
│  └───────────┘  │
│ CLERK U.S. DISTRICT COURT │
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY                    DEPUTY │
└─────────────────┘
```

**Piaminte, et al.**                                      **07cv2352-L (RBB)**

**-v-**

**Naval Medical Center San Diego, et al.**

# STRICKEN DOCUMENT

**4-Summons Returned Executed**

**4**