

**Piaminte, et al.**                                      **07cv2352-L (RBB)**

**-v-**

**Naval Medical Center San Diego, et al.**

# STRICKEN DOCUMENT

**5-Summons Returned Executed**

**5**