**FILED**

**2/13/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Piaminte, et al.**                                   **07cv2352-L (RBB)**

**-v-**

**Naval Medical Center San Diego, et al.**

## STRICKEN DOCUMENT

**6-Summons Returned Executed**

**6**