# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON

CASE NO.: 07cv2352-L (RBB)     CASE TITLE: *Piaminte, et al., v. Naval Medical Center San Diego, et al.*
E-FILED DATE: 2/13/2008     DOCKET NO.: 3, 4, 5, 6
DOCUMENT TITLE: Summons Returned Executed
DOCUMENT FILED BY:

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|  | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed - Docs 4 & 5 should have been filed as attachments to 3 and are not returned summons |
|  | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|  | ECF § 2(f) | Lacking proper signature |
|  | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
|  | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|  | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|  | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
|  | Civ. L. Rule 7.1 | Missing table of contents |
|  | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
| X |  | OTHER: The dates entered for service do not match the dates on the returns. |

**IT IS HEREBY ORDERED**:

|  | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
|---|---|
| X | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  February 14, 2008

_____
M. James Lorenz
United States District Court Judge