LAW OFFICES OF AMY J. WALLACE
3131 CAMINO DEL RIO NORTH, SUITE 380
SAN DIEGO CA 92108
619-293-3993                Ref. No.      : 0299412-01
Attorney for : PLAINTIFF    Atty. File No. : 07CV2352LRBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : LUCENCIA PIAMONTE, et al. | Case No.: 07 CV 2352 L RBB |
| DEFENDANT | : NAVAL MEDICAL CENTER SAN DIEGO | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL COVER SHEET

3. a. Party served     : NAVAL MEDICAL CENTER SAN DIEGO
                         AGENT: GENERAL COUNSEL OF THE NAVY, NAVY LITIGATION OFFICE
   b. Person served  : DOCUMENTS SERVED, (VIA FEDERAL EXPRESS)

4. Address where the party was served  720 KENNON STREET SE     BLDG.36 ROOM 233
                                        WASHINGTON NAVY YARD, DC  20374-5013  (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 16, 2008   (2) at: 03:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    NAVAL MEDICAL CENTER SAN DIEGO
                       AGENT: GENERAL COUNSEL OF THE NAVY, NAVY LITIGATION OFFICE
      under [xx] CCP 415.95  (business org., form unknown)

7. **Person who served papers**
   a. MANUEL ROSITAS                              d. Fee for service: $55.75
   b. KNOX ATTORNEY SERVICE, INC.                 e. I am:
      2250 Fourth Avenue                             (3) a registered California process server
      San Diego, California 92101                        (i)  an employee
   c. 619-233-9700                                      (ii) Registration No. 152
                                                        (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17, 2008           Signature:
                                              MANUEL ROSITAS

Jud. Coun. form, rule 982.9                    **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)