AMY J. WALLACE, ESQ. (SBN 11010)
LAW OFFICES OF AMY J. WALLACE
3131 CAMINO DEL RIO NORTH, SUITE 380
SAN DIEGO  CA  92108
619-293-3993          Ref. No.         : 0297618-02
Attorney for : PLAINTIFF      Atty. File No.  : 07 CV 2352 L RBB

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : LUCENCIA PIAMONTE, et. al. | Case No.: 07 CV 2352 L RBB |
| DEFENDANT | : NAVAL MEDICAL CENTER SAN DIEGO; et. al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

3. a. Party served    :    THE UNITED STATES OF AMERICA
                           AUTHORIZED AGENT FOR SERVICE: US ATTORNEY'S OFFICE CIVIL DIVISION
   b. Person served  :    MARY WIGGINS, CIVIL PROCESS
                           (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  101 W. BROADWAY        #1500
                                         SAN DIEGO, CA  92101    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on  December 31, 2007   (2) at: 01:35 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:    THE UNITED STATES OF AMERICA
                       AUTHORIZED AGENT FOR SERVICE: US ATTORNEY'S OFFICE CIVIL DIVISION
   under [xx] CCP 415.95  (business org., form unknown)

7. **Person who served papers**
   a. JOHN D. BAILEY                               d. Fee for service: $63.00
   b. KNOX ATTORNEY SERVICE, INC.                  e. I am:
      2250 Fourth Avenue                              (3) a registered California process server
      San Diego, California  92101                       (i)   an employee
   c. 619-233-9700                                        (ii)  Registration No. 152
                                                          (iii) County:  San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 7, 2008          Signature: _____
                                          JOHN D. BAILEY

Jud. Coun. form, rule 982.9              **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)