KAREN P. HEWITT
United States Attorney
STEVEN J. POLIAKOFF
Assistant U.S. Attorney,
California Bar No. 188231
United States Attorney's Office
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7117
Facsimile: (619) 557-5004
Email: Steve.Poliakoff@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENCIA PIAMONTE, an individual; JOSE PIAMONTE, an individual<br><br>Plaintiffs,<br><br>v.<br><br>NAVAL MEDICAL CENTER SAN DIEGO UNITED STATES OF AMERICA; DOES 1 - 20. INCLUSIVE,<br><br>Defendants. | Civil No. 07 CV 2352 L (RBB)<br><br>JOINT APPLICATION FOR TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE AND SCHEDULING FOR CASE MANAGEMENT CONFERENCE |

STATEMENT OF GOOD CAUSE FOR MODIFICATION OF ENE ORDER

Defendant's counsel is calendared to appear at the ENE of this matter on April 4, 2008 at 8:30 a.m.. He is also to appear at a telephonic Case Management Conference in the matter of Gillespie et al. v. USA 07 cv 2201BEN (NLS) at 9:30 a.m., followed by an appearance at the second scheduled day of settlement in the matter of Jones v. USA 07 cv 1027 JM (POR), scheduled for 10:00 a.m.

Counsel for both parties wish to avoid delaying the ENE; thus, AUSA Ernest Cordero will appear with AUSA Poliakoff, who respectfully requests that he be excused from the ENE at 9:20 a.m., when AUSA Cordero will represent the United States. Plaintiffs' counsel has no objection to this plan. AUSA Poliakoff further submits that his appearance at the 9:30 a.m. in the Gillespie CMC is critical as it concerns a safety and security issue.

Due to these scheduling conflicts and other concerns detailed herein, the parties respectfully request that the Court modify its March 3, 2008 Order for Early Neutral Evaluation. The additional bases of this request is as follows.

1. The above captioned matter is a Federal Tort Claims Act action alleging that medical malpractice by Defendant injured Plaintiffs Lucencia Piamonte and Jose Piamonte.

2. By order dated March 3, 2008, the Court ordered that the parties appear at an Early Neutral Evaluation Conference ("ENE") on April 4, 2008 at 8:30 a.m.

3. On March 12, 2008, Steven J. Poliakoff, Assistant U.S. Attorney and Amy J. Wallace, Esq., counsel for the Plaintiffs, conferred by telephone to discuss the case and the most efficient ways to bring the action to resolution.

4. On March 25, 2008, counsel met in person at Plaintiffs' counsel office and further conferred for approximately one hour and twenty minutes.

5. During these discussions, Defendant informed Plaintiffs that it requires specific information before productive settlement discussions can occur. Specifically, Defendant requires:

    a. Plaintiff Lucencia Piamonte's psychiatric records;

    b. Documentation regarding Plaintiffs claimed economic losses, including but not limited to IRS tax records;

    c. An independent psychiatric evaluation of Plaintiff Lucencia Piamonte by Defendant;

    d. The deposition of Plaintiff Lucencia Piamonte;

    e. The deposition of Plaintiff Jose Piamonte; and

    f. Analysis of the information listed above by Defendant's consultants and experts.

6. Counsel for both parties further discussed the need for an independent neurocognitive evaluation of Plaintiff Lucencia Piamonte by Defendant but agreed to defer a decision on this matter pending the completion of Numbers 5 a-f above and further discussion by the parties.

7. Based upon these discussions, counsel for both parties agreed that settlement discussions are premature and any such discussions at the ENE would not be productive.

8. Counsel agreed that they will proceed with obtaining this discovery without awaiting an order requiring a Fed. R. Civ. P. 26 (f) conference.

9. Counsel agreed to request that the Court allow counsel to appear telephonically at the ENE; counsel makes this request based upon:

    a. The need for the specific discovery listed above before productive settlement discussions can occur; and

    b. Plaintiff Jose Piamonte's loss of work time to attend the ENE when it appears to be premature for productive settlement discussions.

10. Counsel further agreed to request that the Court further allow the parties a period of four months in which to accomplish

    a. Paper discovery;

    b. The independent psychiatric evaluation of Lucencia Piamonte;

    c. Defendant's deposition of Plaintiff Lucencia Piamonte;

    d. Defendant's deposition of Plaintiff Jose Piamonte; and

    e. Analysis of Plaintiffs' claimed damages.

11. The parties, therefore, respectfully request that the Court:

    a. Allow counsel to appear telephonically at the April 4, 2008 ENE without the parties;

    b. Allow a period of four months between the ENE and a Case Management/Settlement Conference for the parties to accomplish the discovery detailed above; and

    c. Schedule a Case Management Settlement Conference for early August, 2008.[1]

12. A proposed order is being contemporaneously submitted to Court's Chambers for its convenience.

DATED: March 31, 2008        s/ Amy J. Wallace, Esq.
                                           Attorney for Plaintiffs
                                           Email: amy.wallace@sbcglobal.net

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of

/ /

/ /

---

[1] Plaintiffs' counsel has state court commitments on Fridays in August, 2008. Thus, counsel for both parties request that any August, 2008 appearance be scheduled on a day other than Friday.

1 | this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from
2 | Amy J. Wallace, Esq., to affix her electronic signature to this document.

DATED: March 31, 2008

KAREN P. HEWITT
United States Attorney

s/
STEVEN J. POLIAKOFF
Assistant U.S. Attorney
Email: steve.poliakoff@usdoj.gov

Attorneys for Defendant
United States of America