UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCENCIA PIAMONTE, an individual;<br>JOSE PIAMONTE, an individual<br><br>      Plaintiffs,<br><br>  v.<br><br>NAVAL MEDICAL CENTER SAN DIEGO<br>UNITED STATES OF AMERICA;<br>DOES 1 - 20. INCLUSIVE,<br><br>      Defendants. | Civil No. 07 CV 2352 L (RBB)<br><br><br><br><br><br>ORDER FOR TELEPHONIC<br>EARLY NEUTRAL EVALUATION<br>CONFERENCE |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

Counsel, without the parties, shall appear telephonically at the early neutral evaluation conference set for April 4, 2008, at 8:30 a.m. Plaintiffs' counsel shall be responsible for setting up the conference call.

IT IS SO ORDERED.

DATED    April 2, 2008

RUBEN B. BROOKS
United States Magistrate Judge