# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PIAMONTE v. NAVAL MEDICAL CENTER               Case No. 07CV2352 L(RBB)
                                               **Time Spent: 10 min.**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                Rptr.

                              Attorneys
     Plaintiffs                              Defendants

Amy Wallace                            Steven Poliakoff
                                       Ernest Cordero


PROCEEDINGS:  ___ In Chambers    ___ In Court    _X_ Telephonic

A telephonic early neutral evaluation conference and case management conference were held.

A settlement conference is set for August 7, 2008, at 2:00 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185. Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**


DATE: April 4, 2008          IT IS SO ORDERED:   *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Lorenz                   INITIALS:  VL (mg/irc)  Deputy
     All Parties of Record